## Charles Edward COFFEY, Petitioner–Appellant,

v.

## Patricia R. STANSBERRY, Warden, Respondent–Appellee.

### No. 06–6882.

United States Court of Appeals, Fourth Circuit.

Submitted: Sept. 26, 2006.

Decided: Oct. 2, 2006.

Charles Edward Coffey, Appellant Pro Se.

Before WIDENER and WILKINSON, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Charles Edward Coffey, a federal prisoner, appeals the district court's order denying relief on his 28 U.S.C. § 2241 (2000) petition. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Coffey v. Stansberry,* No. 5:06–hc–02047–FL (E.D.N.C. Apr. 18, 2006). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*